____ FILED       ____ ENTERED
____ LODGED      ____ RECEIVED

AUG 18 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD HERRICK,

    Petitioner,

    v.

DOUG WADDINGTON,

    Respondents.

No. C05-1589 JLR

ORDER DENYING HABEAS CORPUS PETITION

The Court, having reviewed the Petition for Writ of Habeas Corpus, Respondent's Answer, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner's Petition for Writ of Habeas Corpus (Dkt. #1) is DENIED; and this matter is DISMISSED with prejudice;

(3)    The Clerk is directed to send copies of this Order to counsel for each party and to the Honorable Monica J. Benton.

DATED this 18th day of August, 2006.

JAMES L. ROBART
United States District Judge

ORDER
PAGE - 1

05-CV-01589-ORD